**\*\*E-filed  10/28/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PHILIPPS<br><br>            Plaintiff,<br>    v.<br><br>ERIC HOLDER, et al.,<br><br>            Defendants._____/ | No. C 10-3721 RS<br><br>**ORDER RE PRO SE STATUS** |

Plaintiff John Philipps, "DBA Federal Industrial Hemp of the United States" filed this action *in pro se* alleging claims for declaratory relief, injunctive relief, and damages, arising from his contention that commercial cultivation of "industrial hemp" (which he defines as "male marijuana plants") is and/or should be legal.  Philipps is now in the process of incorporating his business as an LLC, and seeks a determination from the Court that he will be able to continue appearing *in pro se* after doing so.  To the extent that Philipps envisions that his LLC will become a plaintiff in this action either in addition to, or in lieu of, himself as an individual plaintiff, he is advised that the LLC will not be permitted to appear except through counsel.  The Court expresses no opinion as to whether incorporating his business as an LLC would deprive Philipps of standing to continue pursing any or all of his claims as an individual.

Dated: 10/28/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

John Philipps
2337 Ransom Avenue
Oakland, CA 94601

DATED: 10/28/10

/s/ Chambers Staff
Chambers of Judge Richard Seeborg