IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIPPS, | No. C 10-03721 CW |
|     Plaintiff, | ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME (Docket No. 19) |
|   v. | |
| ERIC HOLDER, Attorney General, Department of Justice; and MARGARET HAMBURG, Commissioner, Food and Drug Administration, | |
|     Defendants. | |

    In its Order of January 31, 2011, the Court warned Plaintiff John Philipps that his action would be dismissed for failure to prosecute if he did not, by February 10, 2011, file an opposition to Defendants Eric Holder and Margaret Hamburg's motion to dismiss. On February 3, 2011, Plaintiff filed an opposition to Defendants' motion to dismiss, along with a motion that he be given until February 10, 2011 to file a "further opposition."

    Because the Court's January 31 Order affords Plaintiff until February 10, 2011 to file an opposition, his motion is DENIED as moot. (Docket No. 19.) Plaintiff has until February 10 to file an opposition. However, the Court will consider <u>only one opposition brief, which shall not exceed twenty-five pages</u>. If Plaintiff files another opposition brief by February 10, only that brief will

1  be considered.  If he fails to do so, the Court will consider the
2  brief filed on February 3.  As provided in the Court's January 31
3  Order, Defendants' reply is due February 17, 2011.
4       IT IS SO ORDERED.

6  Dated: 2/7/2011

7                                    CLAUDIA WILKEN
                                     United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PHILIPPS et al,

        Plaintiff,

v.

HOLDER et al,

        Defendant.

Case Number: CV10-03721 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John  Philipps
2337 Ransom Avenue
Oakland,  CA 94601

Dated: February 7, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3